

THE PASCARELLA LAW FIRM, PLLC

☐ Nassau Office:
1551 FRANKLIN AVENUE
MINEOLA, NY 11501
Telephone: (516) 741-FIRM (3476)
              (516) 742-1134
Facsimile:  (516) 742-1137

E-MAIL:PASCARELLAW@OPTONLINE.NET

☐ Suffolk Office:
775 PARK AVENUE
SUITE 255
HUNTINGTON, NY 11743
Telephone: (631) 789-FIRM (3476)
Facsimile:  (631) 667-8727

James A. Pascarella
James Adam Pascarella

**Of Counsel**
Norman Sarnoff
Thomas A. Illmensee

October 26, 2023

Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Christopher Salamone*
Docket No. 23-CR-00496 (KPF)

Dear Judge Failla:

I represent Christopher Salamone in the above-captioned case. This letter motion is made seeking the Court's permission for Mr. Salamone to travel to Florida.

More specifically, Mr. Salamone seeks permission to travel to the Tampa area of Florida to attend and to celebrate, with family and friends, the wedding of his sister-in-law. To this end, he would be in Florida from November 15 through November 24, 2023.

I have spoken with AUSA Peter Davis, and he consents to the within application. Further, Pretrial Services Officer Christina Venable is agreeable to the within travel request.

No previous application has been made for the relief sought herein.

Therefore, it is respectfully requested that this Court grant the within travel request and permit Christopher Salamone to travel to Florida as set forth above.

Thank you for your attention to this matter.

Respectfully submitted,

/S/
James Adam Pascarella (JP1496)

TO: All counsel via ECF

Application GRANTED.  Defendant may travel to Florida from **November 15, 2023** through **November 24, 2023**.  Prior to departure, Defendant shall provide details of his anticipated travel plans and itinerary to Pretrial Services Officer Venable, as well as any other information Officer Venable deems necessary.

The Clerk of Court is directed to terminate the pending motion at docket number 10.

Dated:     October 27, 2023                SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE