

**THE PASCARELLA LAW FIRM, PLLC**

☐ Nassau Office:
1551 FRANKLIN AVENUE
MINEOLA, NY 11501
Telephone: (516) 741-FIRM (3476)
           (516) 742-1134
Facsimile:  (516) 742-1137

E-MAIL:PASCARELLAW@OPTONLINE.NET

☐ Suffolk Office:
775 PARK AVENUE
SUITE 255
HUNTINGTON, NY 11743
Telephone: (631) 789-FIRM (3476)
Facsimile:  (631) 667-8727

James A. Pascarella
James Adam Pascarella

**Of Counsel**
Norman Sarnoff
Thomas A. Illmensee

April 19, 2024



Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re: *United States v. Christopher Salamone*
           Docket No. 23-CR-00496 (KPF)

Dear Judge Failla:

    I represent Christopher Salamone in the above-captioned case. This letter motion is made seeking the Court's permission for Mr. Salamone to travel to Florida.

    More specifically, Mr. Salamone requests permission to travel to Boynton Beach, Tampa and Tarpon Springs, Florida and to stay from May 15 to May 22, 2024. His departure to and arrival from Florida would be at John F. Kennedy International Airport. His plans are to take his wife and children and visit with his father and stepmother in Boynton Beach for four nights and, then, to visit with his wife's parents in Tampa, staying at his sister-in-law's home in Tarpon Springs.

    I have spoken with AUSA Peter Davis, and he consents to the within application. Further, I have spoken with Pretrial Services Officer Christina Venable regarding what is requested herein, and she consents, as well. It is noted that, last October, an application for Mr. Salamone to travel to Florida for a family wedding was granted by Your Honor.



Therefore, it is respectfully requested that this Court grant the within travel request and permit Christopher Salamone to travel to Florida as set forth, above.

Thank you for your attention to this matter.

Respectfully submitted,

/S/
James Adam Pascarella (JP1496)

TO: All counsel via ECF

```
Application GRANTED.  Defendant may travel to Florida in accordance with
the itinerary as set forth in the above submission.  Defendant is advised
of his obligation to remain reachable by Officer Venable and Pretrial
Services during his travel.

The Clerk of Court is directed to terminate the pending motion at docket
number 15.

Dated:    April 22, 2024              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE