EXHIBIT A

Peter Meyer

21 Bellmore Ave.

Point Lookout NY 11569

July 10th 2024

RE: Christopher Salamone Case

The Honorable Judge Katherine Polk Failla,

Please accept this letter of good character for Christopher Salamone.

My name is Peter Meyer. I am an operating Engineer for "Reworld Waste & Energy", and I am also the 1st Assistant Chief of the Point Lookout-Lido Fire Department.

I have known Mr. Salamone for over five years. I came to know Chris as he is a friend of my wife and married to her best friend Kim.

I got to know Mr. Salamone even better after he had joined the Point Lookout-Lido Fire Department.

After Chris moved his family to Long Beach NY, he expressed to me that he wanted to better serve his community. He was looking for a way to leave a bigger impact on and serve those that he shared his new hometown with.

I explained to Chris that joining the volunteer fire service was no small task. I showed him that it required a substantial dedication of time for training and service. It would mean time away from his family and friends. It would mean missed meals, holidays
and free time. I made it clear that he could be called upon to answer the call for help at any time of the day. I also explained that there was little benefit to self for joining other than the fact that it feels good to help others in need.

Chris was not deterred by these inconveniences and took to the task of becoming a volunteer firefighter. His biggest concern was time away from his family. I explained to him that we at the fire department have belief that family always comes first.

Mr. Salamone is a hardworking man that takes pride in what he does. I know that he was trusted by his employer as a dependable leader as he had been given a supervisory role. I also personally saw his dedication and drive by his performance in his firefighter
training. I believe he is driven by his responsibilities as a Father and Husband. I know Mr Salamone to be a family man. His Children and his Wife are his entire world. Chris is a good husband and an even better father.

I feel that Chris' actions speak to his true qualities. He is a man that puts others before himself.

Please consider this letter as you move ahead with making your decision.

Regards,

Peter Meyer

Elizabeth Eberhart

July 12th 2024

RE: Christopher Salamone Case

The Honorable Judge Katherine Polk Failla,

I am writing this letter in regard to the good character of Christopher Salamone and hope you consider my words.

My name is Elizabeth Eberhart. I have been a registered nurse at Winthrop Hospital, now NYU Long Island since 2016. The majority of my career was spent in the Cardiothoracic Surgical Intensive Care Unit and now recently in GI.

I have know Chris for for over 15 years. We grew up in the same town and both have siblings of the same age that led to us all knowing and befriending each other. Back then knowing Chris meant you had someone looking out for you. I really never worried when he was around, it was always reassuring especially when you're young and kind of need someone to count on, Chris was it. I have always known Chris as a protector. He takes care of people no matter what because it's the right thing to do. He has always taken care of his friends and family especially.

Now fast forward to our adult lives he is still the same trustworthy person that looks out for everyone. He just so happened to marry my best friend so I have gotten to see them grow together, get married, buy a house and have two beautiful children that are his world. I am so proud and happy to call him a friend. He is a wonderful husband and a great father, he would do anything for his family. I believe Chris is a man of action and his speak to his true character; always loyal, always kind and takes care of others.

I truly appreciate the time you've taken to consider this letter, thank you.

Best,

Elizabeth Eberhart

178 Seabrook Drive
Ponte Vedra, FL 32081
June 29, 2024

The Honorable Katherine Polk Failla
United States District Court – Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Christopher Salamone

Dear Judge Failla,

I send this letter regarding my best friend, Christopher Salamone.

I met Christopher 24 years ago. During these years, Christopher and I have remained very close. I have seen him marry and have two great children. He has been a wonderful father to them, and fully supports his family. He comes from a close-knit family and they are always the first to welcome people into their home and to provide support.

Personally, he has helped me multiple times in my life, including when I was injured. He provided financial support and home care. Additionally, he shared his home with me for four years out of good faith.

Sincerely,

Thomas Librizzi

178 Seabrook Drive
Ponte Vedra, FL 32081
June 29, 2024

The Honorable Katherine Polk Failla
United States District Court – Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Christopher Salamone

Dear Judge Failla,

My spouse and I offer this letter of good character for Christopher Salamone.

We have known Christopher and his family for many years. My son, Thomas, attended school with Christopher in the Baldwin, New York school district. Years later, we relocated to Florida, Christopher and his family had my son live with them for more than two years. We were always confident that Thomas was in good hands in the Salamone household. Years later, the band of friends which includes Christopher remain a tight knit group.

Throughout the years, we have had an opportunity to see Christopher mature into a young man, a devoted husband and father of two young children. In addition, we can say without a doubt that Christopher is of good moral character and abides by high ethical standards.

We offer this reference of good character based on years of first-hand knowledge, as well as parents. I worked in New York for over thirty years for a large telecommunications corporation headquartered in New York. In Florida, I have served as a Florida Supreme Court Certified Circuit Civil Mediator, and as a Public Arbitrator for FINRA. My spouse has worked in New York and Florida in the customer service business and interior design fields.

Sincerely,

Gary Librizzi                                    Karen Librizzi

Kimberly Salamone
466 E Park Ave Long Beach NY, 11561
516-448-5527

The Honorable Judge Katherine Polk Fallia
Judge of the United States Southern District Court Of New York
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007

RE:Sentencing of Christopher Salamone

Dear The Honorable Judge Katherine Polk Fallia,

My name is Kimberly Salamone, Christopher Salamone is my husband. We have been
married for 5 years, dating for 11 years and I have known Chris for 20 years. I believe I
am one of the best judgements of character for Chris. Not only are me and Chris
spouses but we are best friends and parents to two wonderful children.

The feeling I felt when I was informed of Chris's involvement in this case can not be
described. I was let down, mortified, and most of all I could not understand. I knew the
only way to solve this problem was the same we do with all of our other problems, open
and honest communication. After Chris explained to me the situation, he immediately
followed up with letting me know he was going to cooperate, and be completely honest
with the FBI. This was hard for him, considering the others involved did not want to
cooperate. He knew he made a terrible mistake and the only course of action was to
come forth. Chris never considered a different path other than pleading guilty and being
up front with his involvement. This is just a brief glimpse into Chris's character.

There are certain life lessons you learn from making mistakes, but after the mistake you
must look back and make changes moving forward. Chris is a prime example of this.
You may see previous poor decisions Chris has made, but since then he changed his
life for the better. He has worked diligently to rise up in his career path, he married me
and is now a father. He is a dedicated, hard working and devoted father. His
involvement with our children is one of the most important and greatest aspects of our
lives. Chris worked extremely hard to ensure he would work full time and weekends so
that I could stay home with the kids. Sadly, Chris was let go from his dream career
because of the current case. Now I am currently working a full time job and Chris is here
to care for the children while I work. Our children are only 4 and 2 years old, they are
still very young and need him. Without him our children would be devastated, they learn

from him, play with him and look to him for nurturement. My family is a team and we support each other, we need his support for our children and for myself.

To know Christopher's childhood is to know how and why he has made many of the decisions in his life. He grew up as many children do with a mother, father, and two brother siblings. He had a great childhood until his parents divorced. This affects a person for the rest of their lives and is a prominent reason for many of Christopher's choices. He was exposed to the brutal truth of what a divorce does to a family, it divided his relationship with his father and forced his mother to be dependent on him. He learned to care for his two younger brothers while he was still just a young boy. He missed out on a father figure for the most important years of his life, and learned about unfaithfulness. He had to cope with the details of the divorce, which no child should be exposed to. This is not an excuse for his choices but as you can see he missed out on a solid foundation that helps a child grow.

Christopher learned, enforced and stands by brotherhood, he has an amazing relationship with his siblings and acted as a father figure. He felt from such a young age it is necessary for him to financially and mentally take care of his family. He is the first call anyone makes when a family member or friend needs help. He has mentored and given advice to many people like his brothers, brother in law, and friends. They all value Chris's opinion at such a high level. He is generous and would help anyone in any way he could, he is loved and respected by many.

He is respected especially in the workforce. He has soared to the top of the Elevator Industry with many obstacles in his way. Although as previously mentioned, his current company let him go due to the ongoing case, he is still in contact with many colleagues. He provides any advice he can give. Chris continuing to be in the workforce is beneficial to the community. I am hoping that even though Chris will need to correct his mistakes he is able to continue his contributions to the Elevator industry and remain in the workforce.

I know that Chris is deeply regretful and would do anything in this world to go back in time and make a different choice. But we can't go back in time and therefore his only focus is to continue to care and love for his children and wife. He already has and will continue to learn from this mistake. He is the largest part of our world and we know our family would not be as strong if he was not with us. Every day, I am blessed that I have found someone like Chris to be in my life. He has accepted responsibility and moving forward will do anything to rectify this mistake. Christopher is an example of how to learn from mistakes and use life experience to be of service to others.

Your Honor, I hope that although this is only a written letter, you can see further into the words and picture how much of an impact Chris has on me and my family. He is our glue and we need him, love him, respect him and know and feel his sorrow.

Sincerely,

Kimberly Salamone

Kimberly Salamone

July 1, 2024

Linda Salamone
2565 Harrison Ave
Baldwin, NY 11510
linsal@aol.com
516-902-0739

Dear Honorable Katherine Polk Failla:

My name is Linda Salamone, and I am the mother of Christopher (Chris) Salamone. Chris is my first born son and older brother to my 2 younger sons. (Nicholas and Daniel). Chris became an older brother at the age of 4, at that time I immediately noticed his sense of responsibility to protect them. From 4 years old, to now a grown man at the age of 36 Chris has never wavered from his role as the family protector. His commitment to our family only grew stronger as I became a single mother when Chris was 13. From that moment Chris and I formed an even greater bond. He immediately stepped up and became the shoulder I could lean on to help support the family. Chris attended school, worked, helped me put food on the table and cared for his brothers while I went to work. He was forced to grow up quickly. He always watched over his younger brothers, as well as me. When Chris graduated high school, he wanted to go away to college to pursue his education like his friends were doing. He instead chose to go to a Community College so he could stay home to continue watching over us. Chris has provided guidance and taught us things that he experienced in his own life, and he continues to do so.

Chris is a good, respectful, loyal and caring friend. In grade school, there was a girl in his class who had Cerebral Palsy, I remember how he always looked out for her, and he was the first boy to dance with her at the 6th grade dance. He always made people feel comfortable and loved, and because of this our house was the place all the kids gathered. A few of his friends even moved in with us at times when they were in need of a place to live. He also had a special relationship with his Grandmother, he admired the older generation and ensured they received the respect they deserve. Chris' first car was an old Buick that was handed down to him from his grandmother. He just learned how to drive and I'm sure deep down he would have loved a newer car. He never complained once and drove that car proudly. I remember how old men would stop to talk to him about that car, Chris always engaged in conversations with them and told them how thankful he was.

During the time of my divorce, Chris was extremely accepting of me and my fiance's relationship. Not only did he accept my new relationship but he accepted my fiance's children. He treated them as equals to his own biological siblings. However, due to the circumstances of this case, my now ex fiance has decided to end our engagement. With the loss of my fiance's emotional and financial support I am now left with our mortgage, car payment and other monthly bills. In addition, my two younger sons still live at home with me. I am now a single woman again and will be relying on my son Chris for his support as I have in the past.

Chris also has a family of his own. His wife, Kimberly, a little girl, GiGi, who is four years old, and a son, Christopher Jr., who is three. He loves them all more than his own life, and they adore and need him. Chris is a loving and respectful husband and father. His family means everything to him. Chris attends church regularly with his family, and it makes me so proud to watch him raise my grandchildren. Chris and Kim have now taken over the role of hosting our family on holidays, to ensure the entire family is together. Unfortunately, due to this ongoing case Chris has been terminated from his position. Without the help of Chris, his wife Kim would have an extremely difficult time. From the moment the children wake up to the moment they go to sleep Chris is there by their side to take care of them and his wife.

The world is getting harder these days and Chris realizes now that there are no shortcuts. I was devastated when I learned that Chris participated in this crime, but I am also enormously proud of him for telling the truth and taking responsibility. I know that my son, Chris, is disappointed in himself, and he is remorseful. Good people can make mistakes. I love and support my son, daughter-in-law, and grandchildren, and I pray every day that, as my late mother used to say, "this, too, shall pass". Chris will continue to move forward and work hard for his family and provide a good life for them. Our entire family stands behind him and I ask you to please show mercy when sentencing him.

Sincerely,

Linda Salamone

Sean Ryan
144 W 23rd Street #5C
New York, NY 10011

July 1, 2024

Honorable Judge Katherine Polk Failla
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE: Christopher Salamone**

Dear Honorable Judge Polk Failla,

I am writing to you in my capacity as a cousin and lifelong friend to advocate for Christopher Salamone, whom I have known for his entire 35-year life. I am aware that Chris has pleaded guilty, and I am writing to paint a detailed picture of who Chris is, which is far greater and different than the subject offense.

My name is Sean Ryan. I am a Civil Engineer and a resident of New York. I am writing this letter of character support for Christopher Salamone not only because he is a young man of integrity, honesty, dependability, and discipline, but most importantly he is a loving and caring family member and friend whom I am proud to call my cousin.

I have known Chris since childhood, having spent summers with him, his brothers, and his parents on Long Island. These visits were formative for me, and Chris's generosity and sociability left a lasting impression. We would go on bike rides, fish, and enjoy the simplicity of suburban life, experiences that were a contrast to my upbringing in metro Los Angeles. Even during our high school years and into our 20s, we maintained a close relationship, visiting each other on both coasts.

When I moved to New York five years ago, Chris went out of his way to ensure I felt welcomed and supported during my transition. Moving across the country can be daunting, but being part of our family has been a true blessing, and Chris has been an immeasurable contributor to that. We have shared countless holidays, birthdays, and summer barbecues. Chris is unfailingly kind and respectful, even to the smallest creatures, often opting to take spiders outside rather than harm them.

I understand the seriousness of the charges against Chris. It was shocking to hear of his involvement in this situation, as it is completely out of character. Chris is a diligent worker who never cuts corners, and he is deeply committed to his family and community. While the circumstances of the incident are regrettable, Chris has expressed deep remorse for his actions and is determined to continue living a positive and honorable life. I am confident that he will use this experience to grow and continue to be a productive member of society.

Chris has matured into a devoted family man. He has two beautiful children, Christopher and Giada, and a wonderful wife, Kim. He ensures their happiness and safety with unwavering dedication. Through hard work, Chris has provided a loving home for his family in Long Beach, NY, where they are becoming integral members of the community. It is inspiring to see Chris's commitment to his family, he cooks, cleans, builds, and laughs with them, always putting their needs first. His positive impact on his family and community is immeasurable.

Thank you for taking the time to consider my letter.

Sincerely,

Sean Ryan

**Honorable Katherine Polk Failla**

Judge of the United States Southern District of New York
Thurgood Marshall United States Courthouse
40 foley Square
New York, NY 10007

RE: Sentencing of Christopher Salamone

Dear Judge Polk Failla,

My name is Nicholas Salamone, younger brother of Christopher Salamone. I am a Local One IUEC Elevator and Escalator constructor, building up New York for almost ten years now. I am writing to you today to provide my witness of Christophers character. As his younger brother, I feel the most qualified in this regard. I hope these few words can give you an understanding of the man I have known and looked up to my whole life, as he appears before you for sentencing

I have known and been close to Chris for the entirety of my life, and for most of his. Through these years our relationship has changed dramatically, what started as kids grew from brother to friend to father figure back to friend and finally to brother which fills me with pride. Growing up as children of divorced parents during our formative years was not easy on us. Albeit we were young, Chris was thrust into a new position in life, with no choice but to grow up fast as the eldest man in our home. Becoming a pillar for the rest of us to lean on. Countless times I have brought my struggles to Chris seeking advice and he never failed to drop what he was doing to help.

Through my school years and time as a young adult it was reassuring having him by my side. We come from a blue collar family always working with our hands, doing jobs to help other family members I learned how to work and have an excellent work ethic from him, and carried that with me into my career. He is a loving husband who makes sacrifice look easy. A model parent who has learned from the hardships of our childhood and the mistakes of our parents as well as others to ensure he is the best father he can be. Every step of life Chris as been someone I look up to as a shining example of what a man should be. Especially now as a father himself.

Though he has not walked a path without mistakes of his own, he does the utmost to learn from them and carry on forthright. I know he works extremely hard to cut out all negative influence and immoral people from his life. That is not so easy when those people are considered family. I believe, the true measure of a person is how they move forward from wrongdoing. Being open, honest, and facing it with integrity, not shying away from it or dwelling on the past. Chris has clearly shown to change and grow from past mistakes. This is because he is extremely hard on himself.

I am asking for leniency with your decision as Chris stands before you. I feel he has already learned a great deal from this. There are people who depend on Chris in everyday life. Our struggling mother who is now alone again depends on Chris. Now that he is unemployed because of this he has the time to help her. Our Grandfather who is currently in the final stages of life benefits from his first grandchild, and great grand children visiting him. Not to mention his wife Kim and two beautiful children Giada and Christopher Jr. who solely need their husband and father.

Every day without Chris would leave a massive impact on four generations of our family. Thank you for taking the time to read and consider my letter. I am available at any time to answer any questions or provide further information.

Sincerely,

Nicholas Salamone

To the honorable Judge Katherine Polk Failla,

I would like you to please consider my letter of good character for Christopher Salamone. My name is Joseph Mazzeo. I have been working as a television producer since 2015. My career has taken me everywhere from The Weather Channel to Discovery Channel - and many production companies in between.

Chris has been a part of my life for as long as I can remember. Being his brother's best friend, he has become a brother to me, too. He has always been a hard worker and a contributing member of society, and he is much more than that to me. He is a mentor, a role model, and the north star for how I want to build my life. I know he will pick up when I call, whether I need advice or just a laugh, and he is the centerpiece of a strong family unit that is only growing.

All through middle school and highschool he helped me build confidence as a man. He would often treat me and my friends to dinners, play basketball and video games with us, and always made sure we were happy and taken care of.

And it's not just me that he has been there for - it is my whole family. I have a sister, Esme, who has cerebral palsy. She didn't have the easiest time in highschool, but my whole family could breathe a little easier knowing someone like Chris was in school with her. Whether it was giving her rides, helping her get to class, or something as small as talking to her in the halls so she was included - his caring nature, inclusivity and humanity made our lives that much easier.

Most recently, I decided to make a career change and he was the first person I thought to reach out to. We spent over two hours that day talking, updating my resume, and discussing networking plans. Without that conversation, I would have been lost.

Today I see Chris building a family and it makes me so proud. He is a dedicated husband and a loving father. He has two beautiful children that are the happiest kids that you will ever meet. And I know their happiness and health is a reflection of Chris' love. The thought of him not being there for them for any amount of time saddens me.

We all make mistakes in life, especially when we are driven by family and love. But those choices are just a small part of our story. It's our actions and our impact on others that truly matter.

Without Chris, it's not just two children who are losing a father or a wife losing a husband. There is a community of families and friends of all ages who will feel that loss. I can only hope that we don't have to learn how to live without him. I appreciate you taking the time to review this letter and truly hope you consider it as you move forward with your decision.

Thank You,

Joseph Mazzeo

Arthur Salamone
651 Lincoln street
Baldwin NY 11510
RE: Christopher Salamone Case

To The Honorable Judge Katherine Polk Failla,

My name is Arthur Salamone. I am Christopher Salamone's father. I am writing this letter of good character in hopes that you will take it into consideration while making your decision on his case. Christopher grew up the eldest brother of 3 boys. When his mother and I divorced Chris was in his early teens. Due to the terms of that divorce I was unable to be a full time father for him and his younger brothers. Though his mom and I had joint custody she was the custodial parent. I was only given a few hours once a week and every other weekend to be there for him and his younger brothers.

Chris took care of his younger brothers all through school while his mom had to work much of the time. He had to grow up fast and missed out on most of his childhood due to the situation he had been placed in, at no fault of his own. When I met my current wife Nicole Salamone she had a three year old son Lucas. As always the "big brother" Chris looked after him the same way he did his other brothers and today the four are always there for each other and spend much time together. He not only takes care of his brothers but he helps out with my father (his Pop). My father is in a nursing home where Chris lives and Chris visits him and helps maintain his property while he is in the nursing home. He is always looking out for his family and helping in any way he can.

Chris and I have a lot in common, I see a reflection of myself in him. Similar to myself he has been diagnosed with GERD. Our family has a history of this medical condition and Chris has been suffering since he was a child. When he informed me of his pain I immediately knew what he was feeling. Unfortunately, Chris's diagnosis had taken a turn for the worse in 2022, he was hospitalized and diagnosed with Dysphagia and Eosinophilic Esophagitis. He now is on medication daily, follows a strict diet and receives endoscopies yearly. Because of our shared condition I felt a duty to be with him through his journey and all of his doctor and hospital visits. He is a tough man but he still suffers daily.

Christopher has made some mistakes in his life but none of us haven't. His biggest one of all was trusting the wrong person and most of us have made that mistake at least once in our lives as well. In doing so, he has suffered much already and any profit that he gained was lost to taxes and legal fees. He has since lost his job as well. His wife and the rest of our family live in fear everyday of losing such an important part of us all. His biggest fear is not being able to be

there for his wife and children who mean the world to him. As their sole provider that would bring hardships on them and us all. He is so ashamed and remorseful.

When confronted by the FBI Christopher came clean and cooperated fully helping with the case to gain guilty pleas from the other defendants. He is and always has been a good son, brother, husband and father and all in all a good human being. Thank you for taking the time to read this letter and for considering it when making your decision.

Respectfully

Arthur Salamone

Craig Tsapelis

1226 Windy Bay Shoal

Tarpon Springs, FL 34689

May 4, 2024

RE: Christopher Salamone Case

To The Honorable Judge Katherine Polk Failla,

I would like you to consider my letter of good character for Christopher Salamone.

My name is Craig Tsapelis. I worked at Ford for fifteen years in sales and finance and am now working for a logistics company as an account manager.

I first met Chris when we were in Kindergarten at Milburn School. We spent a lot of time together and became great friends. My family became very close with his family. Our families would get together often for special events. My parents decided to move to a new town, and that is when our friendship took a pause. After a few years, we reconnected. It was always a pleasure seeing Chris and catching up with him. The best part of our friendship was when I found out he was dating my wife's sister. I now have the honor to call Chris my brother-in-law. We went from friends to family.

Having known Chris for so many years, I can confidently say that he is a hard-working man. We have a unique understanding of one another because we both come from divorced families and had to help support our mothers after their divorce. Growing up in Baldwin isn't the easiest place to grow as a child and a teenager. This is why my parents chose to move to a different town. After all of Chris's experiences, he has always been a productive and respectful member of our community. Chris and I both have a disadvantage in the workforce because neither of us has gone to college, but I can proudly say that we worked our way up in our fields and are both successful adults contributing to the community. Pushing one another to do better and to be better is what makes our friendship strong.

Since childhood, Chris has always been an honest and true friend. I looked up to him as a role model as a child, and I continue to look up to him in adult hood. He's shown me how to be a loving husband, and eventually a caring and involved father. Watching how involved Chris is with his children has been a positive influence for me. I see how he devotes his free time after work taking his children to swim class, gymnastics, and soccer practices. He spends his weekends at soccer games and taking his family out to events so his children can experience new things. I can see the light on his face when he is spending time with his family. If Chris ever had to leave his family, it would be devastating for his children, wife and for him.

Chris is a very special friend to me. It saddens me to see him in this situation because I know he could do better and be better. People make poor choices, it's their actions after that count.

Please consider this letter as you move ahead with making your decision.

Regards,

Craig Tsapelis

Joanne Davis
1581 Westervelt Avenue
Baldwin, NY 11510-1650
dizpinfriend@gmail.com
516-425-5168

July 2, 2024

Honorable Katherine Polk Failla
Judge of the United States Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: Sentencing of Christopher Salamone

Dear Judge Polk Failla,

My name is Joanne Davis. I work for the Nassau County Police Department as a Crossing Guard. I have been in this position for the past seven years. I am writing to you today to provide a character reference for Christopher Salamone, whom I have known for his entire life. I am writing this letter in support for him as he appears before you for sentencing. Christopher is not only my nephew, but he is also my godson, so I feel qualified to speak on Christopher's behalf in regards to his character.

Watching Christopher grow up has been one of the joys of my life. I have seen him grow from a fun loving, energetic boy, into a man with integrity, respect, and strong spirituality. He is the eldest of three boys, he is extremely close with his family, especially his siblings Nicholas and Daniel. Holidays shared with my family is always a fun time. Christopher has a sharp wit and his sense of humor is always the highlight and the life of the party, especially during our family games of Left Right Center. He is an amazing, supportive cousin to my son Harrison, an only child, who looks up to him as an older brother. Providing him guidance in so many aspects of his daily life. Christopher now has a beautiful young family, which includes his lovely, supportive wife Kim, and his two beautiful children Giada 4 1/2, and Chris Jr., soon to be 3. Being able to watch Christopher in the role of a Dad has been so amazing. He is a hands on Dad that truly enjoys spending time with, and raising these two beautiful children with grace and a firm but loving disposition.

As we all do growing up, Christopher has faced some rough patches. Watching his parents go through a divorce, although it being amicable and made to be as easy on the kids as possible, certainly must have been hard for him. At the age of 19, Christopher found himself in some trouble when he was involved in a fight. He learned from that experience and changed the way he reacts to situations, and has managed to not repeat that behavior. I fully understand and respect the seriousness of the charges he faces now. Despite being disappointed that he allowed himself to be in this situation, I am proud of the fact that he has plead guilty and is taking responsibility for his actions, and that he has been fully forthcoming and cooperative in every step of this process. In speaking with Christopher about all of this, I truly believe that as before, Christopher will use this experience as a lesson and he has assured me that he just wants this all to be resolved so he can move forward and get on with living his life with his family.

This is why I am asking for leniency for Christopher. I know he is remorseful for his actions, and his being absent from his family will certainly be a hardship, both financially and emotionally for his wife Kim and his two children Giada and Chris Jr. Thank you for taking the time to consider my letter, and please know that I am available to answer any questions or provide any further information.

Sincerely,

Joanne Davis

Thomas Salamone
1035 West Park Avenue
Long Beach, NY 11561
July 1, 2024

Re: Character Reference for Christopher Salamone

Dear Honorable Judge Katherine Polk Failla,

I am writing to wholeheartedly attest that my nephew, Christopher Salamone is a person of exceptional character. My name is Thomas Salamone. I work in the Real Estate field licensed as a New York state broker for over twenty-five years. My wife and I are raising our three children in Long Beach the same town Christopher is raising his family in.

I would like to share with you my relationship with my nephew and the efforts I made to be a positive influence in his life. As his uncle and Godfather, it was important to me to always try to lead by example, setting a good standard for him to follow. I wanted to be a constant source of supportive guidance and mentorship thru the years as he navigated thru his life path. I love my nephew as if he were my own son. I am proud of the life Christopher built with his family. From the outside looking in, it is clear to see how devoted he is to them.

Christopher has a good heart and strong work ethic. His dedication to his family, friends, and his community is praiseworthy. Since childhood he always had a natural inclination to prioritize other's needs. It is just in his nature to put the well-being and happiness of those around him before his own. The actions alleged in the charges against him are uncharacteristic of his true nature. Christopher has a strong moral compass and is genuinely a good man who made a mistake. I spoke to my nephew at length about this. He is remorseful. Christopher feels the guilt and shame of his actions and most importantly fears how his mistake will potentially affect his children who rely on him for support and care. It is my wish this letter shows every person has a story and a family that cares about them. This letter only scratches the surface of who he truly is. If Christopher had to leave his wife and babies, it would not only be devastating to them but to our entire family. I kindly ask the court take into consideration his good character and show leniency in your decision for this case.

Sincerely,

Thomas Salamone

Dina M. DiMeo
139 Frankel Blvd
Merrick, NY 11566

Honorable Katherine Polk-Failla
Judge of the United States southern district of New York
Thurgood Marshall United States courthouse
40 Foley Square
New York, NY 10007

July 2, 2024

RE:     Character Reference for Christopher Salamone

Your Honor,
I am writing to you on behalf of my nephew Christopher Salamone.
I remember when he was born like it was yesterday. He was a happy baby. As he
grew and his two other brothers were born, he was very loving and caring. He did
not like to see them cry. He always wanted to comfort and protect them. I
remember when he took karate when he was about five. He showed me his moves.
He was kicking and twirling around. He said Aunt D, I am learning to protect us
from the bad guys because I am on the good guy's team. Yes, Chris you are the
good guy.
As the years went on unfortunately, I was not around much for his teen years. I
married and had a family of my own. I was blessed with two sons, Nicholas and
Demetrios. When my marriage failed back in 2016, My sons and I turned to my
family for support. My cousin Linda and her fiancé Anthony and her three boys
Christopher, Nicholas and Daniel and Anthony's children Anthony Jr. and Candice
welcomed us with open arms. Linda's boys welcomed my children into their lives
as if they had known each other since birth. Christopher was now a young man in
his late twenties. He was dating his current wife and had an excellent job. My two
boys were 16 and 12. Christopher was immensely helpful with them as he could
relate to what they were going through as he was fifteen when his parents got
divorced. I was so grateful for his support of my boys and helping them through
this tough time. I was also happy to be back with my family and being a part of
their lives. We would and still do spend every holiday, Thanksgiving, Christmas
Eve, and Easter with them. Family is everything to them and us. I was happy to see
Christopher's growth as a young man and into the family man he is today. Over the
next several years, Christopher got engaged and then married his wife, Kim. They
have been blessed with two beautiful children. They were building a great life
together. About a year ago Christophers childhood friend who Christopher treated
like a brother had given him some advice on investments. Having an honest and
trusting nature, he did not think Anthony would do anything to put him and his
family in any jeopardy or wrongdoing. Sadly, that turned out to be the opposite of
what he thought he was getting involved with. I hope that when you look at
Christopher you can see the family man that I know him to be.
Thank you for your time.
Best Regards,
Dina M. DiMeo

Mrs. Carmen Merisier
985 Stanton Ave
Baldwin NY 11510
917-500-2841


The Honorable Judge Katherine Polk Fallia
Judge of the United States Southern District Court of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


RE: Sentencing of Christopher Salamone

Dear Judge Polk Failla,


    Hello, my name is Carmen and I'm Christopher Mother in-law friend for many years. I have known him since the couple got married 5yrs ago. He's a very respectful and kind Gentleman. He always welcomes me in his house.


    I respect that the defendant has been found guilty of a crime, I'm writing this letter to offer a fuller picture of his character. He's a Great Father, Provider and Husband. A good son-law and he's always thinking how he can help. He's a pilar to his family.


                       Sincerely,

                     Mrs. Carmen Merisier

July 5, 2024

Judge Katherine Polk Failla

Judge of the United States District Court

Southern District

New York City, NY

Dear Honorable Judge Failla,

I'm writing this letter in regards to Christopher Salamone's case. I have known Christopher since the early 2000's, which is when his mom and I became best friends almost immediately.

I have watched Christopher grow into a fine young man, husband, and father. It is very unfortunate that he is facing sentencing for his actions, which I know he is very sorry for. I also know if giving the opportunity he can show how remorseful he is and possibly even stop others for making the same mistake. Everyone makes mistakes and I do believe Chris deserves a second chance. His willingness to cooperate fully shows how remorseful he is.

I know only too well about life mistakes and being giving a second chance. My son was 6 months away from graduating with his doctorate when he made a very poor choice, which got him dismissed from school. My husband and I was devastating to say the least, but what a life lesson he learned.

I know there are many people out there that have made mistakes who do not deserve a second chance, but I do believe Christopher does, and I feel that he has absolutely learned a life lesson.

Sincerely,

Stephanie DiMambro

2894 Arnold Ave

Oceanside, NY 11572

ddanijoe@aol.com

Donna Thomas
19 Ash Place
New Hyde Park, NY 11040

July 2, 2024

RE: Christopher Salamone Case

To The Honorable Judge Katherine Polk Failla,

I would like you to consider my letter of good character for Christopher Salamone, who is currently facing sentencing.

Chris has been close to my family since his birth, and he has matured into a respectful and courteous adult. I can attest that he is a hardworking spouse and parent. We have an incredibly special bond with the whole Salamone family.

Through our interactions, I have seen various aspects of Chris's personality. He has always demonstrated his kindness, dependability, and respect for everyone. His commitment to his wife and children is admirable and benefits his children. It would be a huge detriment to the children if they lost the affection and guidance their father provides them.

It is clear to me that Christopher Salamone feels deeply sorry for his actions. He has told us this repeatedly and it shows in his willingness to cooperate with everyone involved.

We regret that he is facing this challenge, sometimes we make mistakes, but what matters is how they act after them. He deserves a second chance and I hope you will be willing to offer this to Chris.

Please consider this letter as you move ahead with making your decision.

Sincerely,

Donna Thomas

Scanned with CamScanner



Amila samarawickrama
Synergy fitness
226 W Park Ave Long Beach NY, 11561
Tel: 516-432-6300
July 1st-2024

To whom it may concern,

RE: Christopher Salamone
To The Honorable Judge Katherine Polk Failla,
I write this letter to inform you that I have known Christopher salamone for Over 15 years. we worked together at synergy fitness several years I have always found chris to be trustworthy,hard working and intelligent.i can attest to his good nature and moral and ethical Character he is really good person  . Please reach out with  any questions or need further information please don't hesitate to contact me at 516-432-6300.

Sincerely yours,
Amila Samarawickrama

Owner and operator
Synergy fitness
226 west park Ave long beach Ny 11561
516-432-6300

Harrison R. Davis
1581 Westervelt Avenue
Baldwin, NY 11510-1650
legoharrison@gmail.com
516-770-3164

July 2, 2024

Honorable Katherine Polk Failla
Judge of the United States Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: Sentencing of Christopher Salamone

Dear Judge Polk Failla,

My name is Harrison Davis. I am the cousin of Christopher Salamone. I currently work as a
Manager for Taco Bell, and have been working for them for the past 6 years. I am an only child, I'm 24
years old, and I have known, and spent time with Christopher my entire life.

Growing up as an only child can be lonely, and having a cousin like Chris to talk to has always
been helpful to me. I look up to him as an older brother. He has always provided me with good advice
about school, work, and always makes time for me if I need to talk. Just recently, I have been in the
process of applying for a union job, and Chris has given me some valuable guidance about the process.
Chris always keeps me laughing. During the holidays, as a family we like to play games and Chris is
always at the center of the fun. It was during a particularly fun game of roulette that he gave me my
infamous nickname of "Two Piece Harry" when he discovered that I was playing with 2 pieces on the
board (we make up our own roulette rules).

I understand and respect the severity of the charges Chris has plead guilty to, and I hope one day
to be able to support and help him the way he has done for me. He has talked to me about everything that
has happened, and I know he is remorseful and feels really bad about putting himself and his family in
this position. He has a supportive family that will always stand beside him and help in any way we can.
Chris is now a Dad and has two small kids and a wife that rely on him for all of their needs. This is why I
am asking for you to be lenient in his sentencing. My hope is for Chris to be able to move on from this
and be able to lead a happy normal life going forward. Thank you for taking the time to read and consider
my letter.

Sincerely,

Harrison R. Davis

Jonathan Bennett
Jbennett7557@gmail.com
516-537-3488
6/30/2024

Dear, Your Honor

I am writing to you in my capacity as a friend to advocate for Christopher Salamone, whom I have known for 30 years. It is an honor to vouch for his character and integrity in my time knowing him.

Chris has always displayed qualities of honesty, integrity, and responsibility both as a friend and in his personal endeavors. I have known Chris since we were in kindergarten and grew up around the block from him and our families have always been close. He would always stand up for me in the face of bullying, or helping me out when I was lacking in confidence. He is one of my closest and oldest friends. I truly feel I can count on him for anything and has always been there for me. Over the course of 30 years, you really get to know someone. Chris is the type of person you can call at sunrise, or midnight and can rest assured he will be there for you. It is rare in this world to have such devoted and loyal friends over the course of this many years. I don't think I would be the person I am today without his help. Growing up I was a shy, insecure kid who felt very alone in the world. For whatever reason I found it impossible to stick up for myself. It was hard for me to fit in with the other kids and often would be the butt of a joke or teasing. I'll never forget the day in fourth grade when in one particular instance he stood up for me. He didn't have to do it, but he did. Some things stick with you for life and this was one of those moments. A true testament to his character even as a young kid. He is someone I would trust my car and house keys with. We have not just been neighbors but close friends ever since.

In addition to the aforementioned qualities, Chris is a husband and loving father of two small children who he provides for. His commitment to being a family man is a testament to his sense of duty, hard work and compassion toward others. His entire life he has been dedicated and committed to helping his mom, and younger brothers, in a single parent household contributing any way he could to make sure they were looked after.

I believe that Chris's conduct and character are exemplary and make him deserving of consideration. Please feel free to contact me at the number or email address listed above should you require any further information or clarification. Thank you for your time and consideration.

Sincerely,

Jonathan Bennett     X     _Jon Bnett_

The Honorable Judge Katherine Polk Fallia
Judge of the United States Southern District Court Of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Polk Failla,

My name is Maria Boyland. Chris is married to my niece Kimberly salamone. I have
known Chris since he and my niece started dating years  ago. We are a very close
family and get together often. I worked in a public school for 15 years and I am big on
respect. I have witnessed great character in Chris. He has a young family and has
always been a wonderful husband to my niece and a wonderful father to his children.
I sincerely hope the court finds that this was a terrible one time mistake and does not
destroy this family. I feel that Chris sees the error of his ways and realizes he made a
terrible mistake.


Thank you,

Maria Boyland

The Honorable Judge Katherine Polk Fallia
Judge of the United States Southern District Court Of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear The Honorable Katherine Polk Failla,

We are writing to advocate for Christopher Salamone. Our names are Jeremy and Christina Corcino. We are 30 and 34 years old respectively and reside in Massapequa, NY. We are aware that Christopher has pled guilty to *. We made a decision to write this letter in order to offer you a glimpse of who he is as a person, and that is more than the offense he has pled guilty to.

Christina is a stay-at-home mom and a former middle school teacher, and Jeremy is a police officer for the Suffolk County Police Department. We have two young children who are roughly the same ages as Christopher and Kimberly Salamone's children. We have been friends with the Salamone's for two years and our children frequently play together. It is an honor to vouch for Christopher's character. In the time that we have known him, he has been nothing but a gentleman and has graciously welcomed us and our children into his home. He has not only demonstrated himself to be a diligent and attentive father, but has treated our children like his own. For example, whenever we have visited a public place like the farm, a park, etc., Chris always has his eye on all four of our children. We trust Chris and his wife, Kim Salamone with our children without us present and that is a direct reflection of how reliable Chris is. We have witnessed firsthand that Chris's wife and children are his life. We have only known Chris to be a hardworking, kind family man of integrity.

These aforementioned traits were on display when we hosted our daughters' third birthday party together in January 2023. It was a special day that our families will remember for a long time. Chris and Kim made sure every detail was taken care of. Christopher's children are sweet, kind, affectionate children who love idolize their father and that is a testament to what kind of dad Christopher is.

We respectfully ask you to take these words into consideration when sentencing Christopher. We ask that you take into account how Chris's absence could affect the lives of his two young children. Thank you for taking the time to read our letter. We believe that Christopher Salamone is a man who is worthy of your consideration and will not make a choice like this again.

Thank you,

Jeremy and Christina Corcino

Michael Misner

468 Lakeview Drive

Palm Harbor, FL 34683

May 10, 2024

RE: Christopher Salamone Case

To The Honorable Katherine Polk Failla,

My name is Michael Misner. I met Chris when he began to date my daughter Kimberly. Chris grew on me as I got to know him over the few years they were dating. I am proud to call him my son-in-law now. Chris has blessed me with two amazing grandchildren.

Our family of four soon grew to be more than four plus Chris. The Misner family and the Salamone family became one. We began to celebrate Thanksgiving and Christmas Eve together as one large family. The Salamone brothers and I built a solid relationship.

Chris was always concerned about his brothers and wanted to make sure they were on the right path. He approached me and asked if I could arrange a job for one of his brothers. I agreed to have Nick come and work for me in the public school system. After a few years, Chris' youngest brother also worked for me in the school system. Chris was happy because it was one step closer to a career path for both of his brothers. They are all very hard-working men and have great work ethics.

My grandchildren are my biggest worry in this situation. Chris is an excellent father. He is a very soft-spoken father but very involved. I am amazed to see how Chris is hands on with the kids. It's more than I can say I did with my own children.

It's very obvious that Chris is upset and regrets what he has done. He sees how it has affected his family. His whole demeanor has changed. I truly believe that he has learned from his mistake based on how drastic his life has already changed.

Thank you for taking the time to read this letter.

Sincerely,

Michael Misner

*[signature]*

Josephine Fortune
462 LakeView DR #2
Palm harbor, FL 34683

RE: Christopher Salamone Case.

To The Honorable Katherine Polk Failla,

My Name is Josephine Fortune. I have known
Kimberly Salamone and her family since Kimberly
was two years old. I was Introduced to Chris
at Kimberlys Family home. I have always
found Chris to be a very nice person and
very nice to Kimberly. I had the pleasure
of being invited to their Wedding.
Since then They have been blessed with
two beautiful Children. Coincidentally we
have moved to Florida and live in the
Same Community. as Kimberlys parents:
Kimberly and Chris visit often. with their
two children Gearole and Christopher.
Chris is very involved with his Children
and a great Father. I Cannot imagine
him not being with them at this young
age.
        yours Sincerely
        Josephine fortune

From:

James Dennigan
2571 Harrison Ave
Baldwin, NY 11510
516 868 2953

Date: May 5, 2024

To:

The Honorable Katherine Polk Failla
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse 40
Foley Square New York, NY 10007

Dear Judge Failla,

I am writing you on behalf of Christopher Salamone. I have known Christopher his entire life. We were neighbors for over 30 years. I have watched him grow up into a good, kind and considerate man. He has been a wonderful son to his parents and always caring and protective of his younger brothers. Even when he was very young, during our camping trips Christopher would always be there to help with the chores of setting up the tents etc. He never had to be asked to help. I could always rely on him to be watchful of the younger ones near the water.

Over the last few years I have seen him become a loving and caring husband to his wife and a great father to his two young children. His family means everything to him.

I know this mistake he has made is wearing heavily on his soul as he knows the repercussions could have a very harmful effect on his family and himself. I am sure he would never do anything like this again. I am hoping that you will be lenient with your decision regarding the consequences. I know Christopher can be trusted in the future and I am hoping and praying that there will be little or no further impact on him and his beautiful family.

Thank you,

Yours sincerely,

James Dennigan

Donna M.Tabasko

809 Harrison Avenue
Scranton, Pa 18510

Re: Christopher Salamone Case

June 6, 2024

Honorable Katherine Polk Failla

Your Honor,

I've been friends with Deborah Leone Misner for 60 years and I know her daughter
Kimberly from birth. It was my great pleasure to see her growing into a beautiful and
capable adult. I met Chris a number of times and he was always respectful and
kind. I attended their wedding and have seen how good a husband and father he is.

Sincerely yours,

Donna M. Tabasko

June 4, 2024

Michelle Bessoir
90 Sands Street Apt 1903
Brooklyn,NY 11201
mbessoir@gmail.com
347-706-2706

Dear Honorable Katherine Polk Failla,

I would like to thank you for your time to consider my letter advocating for Christopher Salamone, my younger cousin.

As a child I spent many summers at his home in Baldwin swimming in the pool, running lemonade stands, and playing with him and his two younger brothers. As an only child, getting to spend time at my cousin's house was always a fun treat for me.

As we grew into our preteen/ teen years our relationship continued to be a special one. We each had our own challenges within our family dynamic; his parents had gotten divorced causing Chris to take on a "man of the house" role for his mother and siblings, and my father had passed away which left me to emotionally support my mother (Chris' Aunt Sue). These events helped our bond grow stronger as we understood that we had grown up a bit quicker than most of the kids around us. Chris was and always has been there for me when I needed a listening ear or advice, and vice versa. We understand each other in a way that is incredibly precious to me.

As we reached adulthood I admired and looked up Chris. While younger than me in age, at times I feel he surpassed me in maturity. He was always a hard worker; striving to do the best he could to support himself, his mom and bothers, and eventually settle down with his wife and two children. Watching Chris become a father and raising these two beautiful little humans with compassion, faith, and love has been a joy and only makes me respect him more.

While I am deeply disappointed in the events causing me to write a character letter for Chris, I do so without hesitation. Chris is a good man and a rock for our family. I believe regardless of the outcome Chris will learn and grow from this mistake and use this to further teach his kids how to be respectable adults.

Thank you again for your time to read this letter as you make your decision.

Sincerely,

Michelle Bessoir

Michelle Bessoir

To the Honorable judge Katherine Polk Failla

I, Anna DeLeo am writing this letter to you to provide a character reference for Christopher Salamone, who I know as a family friend for a period of 13 years.

I provide this reference in full knowledge of Christopher's legal charges.

I can say it with total confidence that Christopher is a hard working and dedicated man.

Through the years of ups and downs, he has proven that when down, the only way to go is up.

He has climbed his career ladder and works very hard to support himself and his family.

Christopher has great communication skills and the sense of humor to fill a room.

Although this timing may be one of a "setback", I know for sure, that he will work his hardest to continue to prove a change in his actions. As a dedicated family man, I know he will do whatever it takes to continue to be present for his family.

Please consider this letter as you move forward with your decision.

Anna DeLeo

*Anna De Leo*

Debra Misner

468 Lakeview Drive

Palm Harbor, FL 34683

May 10, 2024

RE: Christopher Salamone Case

To The Honorable Katherine Polk Failla,

My name is Debra Misner. I have known Christopher for many years, since he was a child. I was always very friendly with his family, since my daughters were friends with him and his brothers. My daughter Kimberly and Chris married a few years ago. I love Chris like he is my son.

Christopher always stood out to me because I see how he is a family man. I always admired how Chris was there for his brothers. I'm sure it wasn't easy growing up in a family with divorced parents. Chris took a father-like role and helped support his brothers. This is a quality that not every teenager has when faced with similar experiences. Now that he is married to my daughter, I see the same qualities. He always took great care of my daughter and my grandchildren. He is a loving husband and a loving father. Chris is very involved with his children. He is always present at every soccer game, practice, gymnastics meet, and swimming lesson.

Another example of how Christopher is a family man is the way that he also helped my family and was there for us when we needed. My husband and I are getting older, and Chris is always there to help with things around the house and never complained. He is a very hard worker and never complains about working. Chris is always looking to learn a new trade and he became very handy because of his willingness to continue learning new skills. He's motivated to work and be a positive member of the community.

When Chris and Kimberly sat us down to tell us the news, my heart immediately broke. My first thought was my concern for my grandchildren. To think their family can be split apart makes me extremely upset. I understand that every action has a reaction, however, I am hoping that my grandchildren do not have to go a day without their father being present in their lives. We appreciate you as a judge and what you do for the community.

Please consider this letter as you take the time to make your decision.

Best Regards,

Debra Misner

*Debra Misner*

From:
Connie Dennigan
2571 Harrison Ave
Baldwin, NY 11510
516 868 2953

Date: 4/25/24

To:
The Honorable Katherine Polk Failla
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse 40
Foley Square New York, NY 10007

Dear Judge Failla,

I am writing this letter in support of our good friend Christopher Salamone. Our family has been privileged to live next door to the Salamones for 36 years and has known Christopher since he was 6 months old. We have spent much time with his family during backyard gatherings and vacations together over the years. We have witnessed many of Christopher's qualities during these times and continue to see them today.

Christopher has always been very kind and considerate of other people, including his two younger brothers. While on vacation, we noticed he was always mindful of including and watching over his brothers. As he grew into a young man we saw that he was hardworking and helpful at home, with chores of lawn mowing and yard maintenance on a regular basis. When school ended he always found a job for the summer. He was quick to offer to help us with any chores we were doing. At Christmas we always build a large Nativity scene out front and Christopher was there to help. He and our daughter, Christine, grew up together and although he is slightly younger, he was always protective of her.

Christopher is now a family man, with a good job, a wonderful wife and two small children. We don't see him as much but when we do it is obvious that he is a good husband and father, respectful and courteous as he always was.

I do not deny that Christopher has made a serious mistake in committing this crime. I am hoping that this letter will shed some light on his character and life, and that his mistake will not be too harmful to him or his family. I am asking that you please be lenient when considering the consequences. He has a special place in our hearts.

Thank you for your time and attention in this matter.

Yours sincerely,

Connie Dennigan

*Connie Dennigan*

Steven Benjamin Elias

66 Sutton Street (2R)
Brookly, NY 11222

May 14th, 2024

RE: Christopher Salamone Case

To the Honorable Judge Katherine Polk Failia,

I would first like to begin by thanking you for taking the time to read this letter, as well as thank you for any considerations you may lend to it. It does not escape me from just how precious your time is as a person who holds such a valuable role in our society, and for that I am very grateful.

My name is Steven Benjamin Elias. I am 35 years old and a lifelong resident of the State of New York. I spent my most formative years living in Nassau County, in the town of Baldwin. I have spent my adult life living in New York City in the borough of Brooklyn. I have been a teacher for the New York City Department of Education since 2014. My career as a teacher first began the year prior in 2013, having worked to serve students graduating from summer school, followed by a year of working as a substitute teacher. Since then, I have spent nearly the past decade at M.S. 88 in Park Slope, Brooklyn. Like you, I am a servant of the public. Like you, I am tasked with serving many, many people, from all walks of life. Like you, I am asked to serve those people at a very intimate level, beginning when they are complete strangers to me, getting to know them for a very brief moment in their lives, and oftentimes potentially never seeing them again. This is where my dear friend Christopher Salamone enters the scene.

You are getting to intimately know Christopher at a time where he is very vulnerable and at your mercy. He was a stranger to you before he came before your court. You will hear briefings on who the Government believes him to be. You will learn about the poor decisions he made for a brief period of time in his life. And through this, you will use your immense knowledge of the law, and pass your judgment upon him for those actions before he moves on and you potentially never see him again. This is where I enter the scene.

I would like to briefly help fill in those gaps for you of who Christopher is before you met him, who he is today, and who he will be given your leniency. I met Christopher in 1994, when we were two boys in the Second grade at Milburn Elementary school. I had just moved into town and he was amongst the first people for me to meet. Since then we have remained exceptionally close friends. We went to the same middle school, high school, and community college together. We have had ups and downs, joys and hardships, and varying degrees of humility served to us by life. However, through all of that, our friendship has been unwavering. The friend groups around us have morphed and changed but the two of us have remained as tight as ever. I tell you this to hopefully impart how valuable I hold Christopher to my life; he is like a brother to me.

Like many sibling relationships, there have been times when our bond has been tried and tested, but also like sibling relationships those tribulations have also reinforced that bond. I have held Christopher's opinion of me in high regard due to who he is as a person, and I hope that it is through this testament to his true character, not the judgment of who he was during a period of poor judgment, for which you make your ultimate decisions based upon. Christopher has an undying capacity for serving others around him. After his parents divorce at a young age he was tasked with being the leader of his household, caring for his two younger siblings as a fill-in for when his father was unable to be directly in their home. He has served all of his friends as a voice of guidance. He is looked up to for this by many people, having been a first hand witness to this over the years. He has faithfully served his wife and made her a loving home, and together they are dedicated to raising two beautiful children together. He has been able to do this through pure sacrifice and hardwork. As a

father you couldn't ask for a better role model; using tough lessons learned from his childhood experiences to build a more perfect life for them. Currently, I am due to become a father right about the time that you are due to make your decisions on his future. I would consider any time lost with Christopher a tremendous loss of resource, as he has given me a lot of assistance in the process of becoming a father myself. This loss would only be magnified tenfold for his own wife and children.

Moreover, I do not think that incarcerating Christopher would be of service to our society at large. He has always been a hardworking individual, holding employment of varying degrees over the years. We have worked together as teenagers and young adults, and he not only has been able to provide for himself, but for his family as well. While I went on to pursue academics further, Christopher worked diligently to move up the ladder at his place of employment. This is no small feat in the world for which we live currently; a person who does not have a college degree is at a great disadvantage in our society. The fact that he holds a leadership position at work should be telling you of what he is truly capable of. He has turned adversity into triumph. The poor decisions he has made in this case have already jeopardized these achievements. Any further punishment you give him would only punish those dear to him.

Which leads us to who Christopher will be beyond this case. Evidence tells me he will continue to be that hardworking, committed individual that I have always known him to be. He has been completely humbled by this experience and is filled with remorse. That remorse comes with seeing his potential future, and how that future can so clearly make visible how fragile things can become for us. In my conversations with him over the course of the past few months it is clear that he has made great changes in his mindset and wants nothing more than to put this behind him and make the right choices for his family and himself. I think that the experience as a whole has shaken him to the core and will be all that is needed to serve justice here. He is keenly aware of the financial punishments that will come with the conclusion of this case regardless of any sentencing you may add on. There is a stigma in our culture that is very hard to shake, even if he serves no jail time. He has deeply wounded those he loves. In my view, these are far more devastating to Christopher than any sentence you can give to him. I would really hope that you can consider being lenient here and consider that he is serving a punishment no matter the outcome of your judgment.

Lastly, in no way should any of this excuse him for his actions. As a teacher, accountability is a core tenant that I try to impart upon my students. I can attest to you that the conversations we have had in private show that Chrisotpher is keenly aware of his culpability in this case. He must have had some good teachers along the way too, as he has absolutely taken responsibility for his actions and is dedicated to moving forward with his life and he will absolutely become a stranger to you once again, as I know he has no plans to do anything but walk the straight-and-narrow from now on.

He is a good person who did something regrettable. I am more than confident that coming from one public servant to another when I say that we both understand that a person's character is absolutely not defined by who they were during the worst decisions they make, but rather they are holistic versions of themselves that includes their pasts, presents, and futures. I know who he was. I know who he is. I am confident I know how this will be a formative experience to who he will become, in the best way possible. Something good will come from this for him. Please be kind to my dear friend.

Best Regards,

- Steven Benjamin Elias

From: Christine Dennigan
2571 Harrison Ave
Baldwin, NY 11510
516-974-5094

Date: 05/16/2024

To:
The Honorable Katherine Polk Failla
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse 40
Foley Square New York, NY 10007

Dear Judge Failla,

I have had the privilege of knowing and being close friends with Christopher Salamone almost my entire life. I met him when I was four years old. Thirty-five years later, we remain extremely close friends. Upon meeting Christopher and his family, we formed a strong bond and I consider him to be family. From the very first days of knowing him until now, Christopher has been an exceptionally kind, caring and considerate person. He has been a wonderful older brother and role model to his two younger brothers throughout the years. He has always shown them an exemplary model of how to live, being empathetic and compassionate to others. We spent a great deal of time together as children, whether it was daily play dates, going on vacations or in school. While other children our age seemed to often fight with their siblings, Christopher has always made sure to include his younger brothers. He helped them to learn any activity or game that we were playing. He always strived to involve them in what we were doing, such as building forts, having sleepovers, going camping, taking trips to Nunley's Amusement Park, riding bikes around the neighborhood, etc. From learning to play sports, a new video game, making friends or ensuring that they do well in school, Christopher could always be counted on to look out for his brothers. When his parents went through a divorce and his father remarried, Christopher helped his brothers to cope with the divorce. He led the way in embracing his new stepbrother and demonstrating the importance of welcoming him into the family. His entire family shares these values and project love, empathy and wonderful friendship to all who know them.

As I have watched Christopher grow into an honorable young man over the years, he has worked hard and now provides for his wife and two children. It has been a joy to see him transfer these same values to his own family. Christopher has always been a hard worker and has rarely been unemployed. He works hard not for wealth but to take care of the people around him as best he can. Both of his children adore him and he excels at providing support and leadership to them. He spends time with his family above all else. Christopher and his wife have a wonderful relationship and are excellent parents. His children already exhibit all of the wonderful qualities that their parents share. When I see his kids interacting with other family members and friends, I see the same qualities that I have always seen in Christopher. They share their toys, help each other and are polite, wonderful children. I know that Christopher's family is of the utmost importance to him.

He is a devoted father who spends every minute of his free time with his family. At a recent Christmas gathering, Christopher and his brother dressed up as the Grinch and Santa Claus, to surprise the kids, as the Grinch is one of Christopher's daughter's favorite characters. While I have seen him helping his daughter with schoolwork, teaching his son about dinosaurs, taking them to church and just spending time with them, it is clear to me that family is the joy of Christopher's life.

I know that Christopher has made a grave mistake in committing this crime. I only hope to offer a more complete picture of who he is as a person and to ask that you consider this during sentencing. I believe that Christopher's cooperation shows that he is willing to accept responsibility for his actions and do whatever it takes to aid in keeping his family together. I know Christopher would never do anything like this again and will fully accept the consequences of his actions.

Thank you very much for your time and consideration.

Christine Dennigan

Dear Honorable Judge Katherine Polk Failla,

I am writing this letter to provide a character reference for Christopher Salamone, who is currently facing sentencing. I have known Christopher since his birth. His mother, Linda and I are childhood friends. Over the years, I have watched him grow into the loving Son, Husband, and Dad that he is today.

Christopher is a good honest person committed to his family and always willing to help others. In particular, I remember when he helped my son, Nicholas. Nicholas had just graduated from college and could not find a job. My son needed inspiration and Christopher took him under his wing and mentored him. He worked hard at helping my son find a job. He constantly sent him test notifications for apprenticeship jobs and helped him apply to all of them. Christopher's guidance finally helped my son find a job. His leadership and compassion was truly inspiring.

I believe that Christopher is an exceptional individual who has made a positive impact on the lives of those around him and have no doubt that he will continue his positive influence on others. I respectfully request that you consider this letter when making your decision on this case.

Sincerely,

Paola DeFranco

Paola DeFranco

To:     The Honorable Judge Katherine Polk Failla

Date:   May 29, 2024

Re:     Christopher Salamone


My Name is Lisa Leonard and I write this letter for Christopher
Salamone as I am a close family friend of his wife Kimberly
Misner. I have known Christopher since before he started
dating Kimberly Misner as he went to school with my three
children.

I have seen Chris grow from a young boy into a kind and
considerate man. I have attended their Children's Birthday and
family functions over the years and Chris has always shown
himself to be an outstanding hands-on Dad. I have watched in
awe as I witnessed Chris sooth and nurture his children on
multiple occasion.

Even under the stress of this last year, Chris has wholeheartedly
shown his character as to the true loving family orientated man
that he is. His concern for his family's well-being has been his
utmost priority

I believe that Chris has truly fully understood the consequences
of his actions and how it has affected his family. I believe that
Chris, during these challenging times has shown himself to have
outstanding character as a Father and Husband.

I would like it to be known and taking into consideration that
Chris"s children and his wife will suffer irrevocable damage in
the event he is removed from the solid family structure he has so
lovely created and be unable to provide for his family.

Sincerely,


Lisa Leonard
19 Elizabeth Ave

Stacy Salamone
1035 West Park Avenue
Long Beach, NY 11561
July 1, 2024

Re: Character Reference for Christopher Salamone

Dear Honorable Judge Katherine Polk Failla,

I hope this letter finds you in good health. I am writing this to vouch for my nephew Christopher Salamone who I know and love for thirty years. I am married to Christopher's uncle Tommy. I worked at Mt. Sinai hospital for almost twenty years and currently work in the Real Estate field while raising our three children in Long Beach. I was troubled and surprised to hear about Christopher's case as he has always been an Upworthy person. I understand the seriousness of this however I believe it is crucial for you to understand the person Christopher truly is, beyond the confines of the court.

Christopher was raised in a loving family who are hardworking and have a strong moral code. They always prioritized principles like honesty, integrity, and compassion. Christopher has always upheld these family values instilled in him and has carried them forward into his own family as a father. Christopher is a hands-on dad to his two young children and a devoted husband. He is always actively involved in his family's life. Weather it's attending soccer games, gymnastic class, or working hard to provide for their needs, he is a constant and reliable presence in their lives. He's not only a rock for his immediate family but also a source of support and comfort for his extended family and friends. Christopher's willingness to go beyond for those he cares about is a testament to his sterling character. From an early age Christopher had a keen sense of empathy and a natural ability to connect with others, which makes him an amazing friend and family member. He has an unwavering commitment to those he loves. His selfness and kindness impact all who cross his path. Christopher is his families rock, a safe haven, and source of love and strength. If he had to leave his wife and babies, it would be traumatizing to them and our entire family. Despite the current legal proceedings, I believe Christopher is a man of integrity who is deeply needed by his family. Everyone makes mistakes and Christopher is no exception. However, what's important to note is that Christopher owns up to his errors and is genuinely remorseful. This level of accountability and humility is a rare quality in today's society, and it speaks volumes about his integrity. I hope the court will take his good character and the impact on his family into consideration when deciding on his case.

Sincerely,
Stacy Salamone
Stacy Salamone

7/6/2024

Dear Honorable Katherine Polk Failla:

My name is Vincenza Pursino and I would appreciate it if you would consider my letter of good character for Christopher Salamone. I am Kimberly's Aunt and most importantly her Godmother. I have known Chris since he started dating my niece Kimberly about 11 years ago.

Honestly, when I first met Chris I wasn't sure how I felt about him. I do not have any daughters and he would have to be a very kind, honest, considerate, respectful, hard working man to live up to what I would want for my niece. As time went on, I found him to be all those things and then some.

He worked very hard to provide for my niece and later their two beautiful children.
I have no doubt in my mind that he did not fully realize the seriousness of his choices. I totally feel that if he had the choice to do this again, he would not by any means make the same choices.

Chris and Kimberly are such engaged parents and it breaks my heart to think what it will be like if they have to be torn apart. Chris's family needs him.

Sincerely,
Vicenza Pursino

May 06, 2024

Marge Imms
186 Pilsen Drive
Fuquay Varina, NC 27526
marge.imms@gmail.com
917-847-2807

Dear Honorable Katherine Polk Failla:

Thank you for allowing me to advocate for Christopher (Chris) Salamone. Chris is my
grandnephew whom I've known since he was born. (His maternal grandmother was my
sister.) Not only have I have known him since his birth, over the years we have developed a
very close relationship.   It is my honor to vouch for his character and integrity.

A person's character is recognized at an early age. When Chris was about six years old, we
were on the subway together when a man sitting across from us dropped a quarter that rolled
over to where we were sitting, right by Chris' foot. The man did not realize he dropped the
quarter. Chris, who loved money, looked at me to tell him what to do. I said nothing. Chris
picked up the quarter and handed it to the man. The man gave the quarter to Chris. I have
watched Chris grow and become a mature, responsible adult. Chris is a wonderful husband
and father to two beautiful children. He provides a nurturing and stable environment for them
and ensures that they are his priority. Chris is a man of faith, as evidenced by the fact that he
goes to Mass regularly and has enrolled his daughter in Catholic school. Chris has always
demonstrated honesty, integrity, kindness, respectability, responsibility, and the desire to 'do
the right thing'.   These traits have followed Chris throughout his life.

While I was disappointed to learn that Chris was indicted, I am also proud of him for coming
forward and pleading guilty. He is remorseful for his actions, and he is not defined by this
mistake. Although there are consequences for his actions, being sentenced to prison would
not only punish Chris, but will punish his wife and two small children. I am concerned it would
result in significant hardship for his wife, and more importantly, his children. The absence of a
father could traumatize them and is likely to have a profound effect on them as they get older.
It is my hope, your honor, that you will show mercy and offer probation and community
service as Chris' sentence. Regardless of the outcome I am confident that he will emerge
from this as a better and stronger man, and I will support him in any way that I can.

I appreciate your consideration of my letter, and I am happy to provide any further details.

Sincerely,

Marge Imms

Marge Imms

Giovanna & Robert Kalb
11 Cruickshank Road
Big Indian, NY 12410
gkalb@hvc.rr.com
July 8, 2024

The Honorable Katherine Polk Failla
Judge of the U.S. Southern District of NY
40 Foley Square
New York, N.Y. 10007

Dear Judge Failla,

I hope this letter finds you well. We are writing to you today on behalf of our grandson, Christopher Salamone, who is currently before your court for sentencing. We are aware of the gravity of the situation, and we appreciate the opportunity to provide some insight into Christopher's character.

Christopher has always been a source of pride and joy for our family. From a young age, he has demonstrated a strong sense of morality, empathy, and responsibility. His actions have consistently reflected his integrity and respect for others. Despite the challenges he has faced, including the current legal proceedings, he has maintained a positive attitude and shown remorse for any wrongdoing.

We firmly believe that Christopher is a good person who made a mistake, rather than a person defined by his mistakes. He has acknowledged his actions and is committed to making amends and learning from this experience. His dedication to personal growth and rehabilitation is evident to all who know him.

We humbly request that you consider these aspects of Christopher's character when determining his sentencing. We believe that with the appropriate guidance and support, he can continue to contribute positively to society. A lesser sentence or alternative to incarceration would allow him the opportunity to demonstrate his commitment to rehabilitation while fulfilling his responsibilities.

We feel that Christopher is a fine young man, grandson and father and we ae saddened that he finds himself in this predicament. People make mistakes and sometimes make their course corrections afterwards as a result. This is all we can hope for.

Thank you for considering our perspective and taking the time to review this letter. I trust that you will make a fair and just decision based on all the facts presented before the court. Please feel free to contact us if you require any further information.

Sincerely,

Giovanna & Robert Kalb

July 7, 2024

To Whom it May Concern:

I have known Chris Salamone since he was 5 years old, as his family were our neighbors for 25 years. My older son and Chris went through grammar, junior high and high school together, becoming very good friends. I watched Chris grow up.

As a volunteer in the grammar school lunchroom on Pizza Fridays, the one thing that sticks in my mind about Chris was how kind he was to the handicapped girl with cerebral palsy, in their class. He effectively included her in whatever group activities there were, and even flirted with her, as he did the other girls. It was so sweet to watch, and so surprising for a kid that young to be so considerate.

Chris was always courteous and friendly, with a wonderful sense of humor.  He was and is a genuine, reliable friend to my son. We could always count on Chris for help as he was dependable and generous with his free time.

I know he is well regarded by his peers and is dedicated to his young family. He was always hardworking, and with his qualities of diligence, perseverance and good management skills was in the process of rising through the ranks of his career before this unfortunate situation.

I am worried about Chris and his young family's future. He's lost his job and his life is in turmoil. Chris is a good guy that made a bad mistake. While I understand restitution must be made, I am pleading for as much leniency as the court can allow.

Thank you.

Doreen M Bennett

Doreen M. Bennett

16301 SW Kanner Highway

Indiantown, FL 34956

516-673-3970

dodochris@aol.com

Lucas Wachsberger
651 Lincoln Street
Baldwin,, NY 11510

July 7, 2024

RE: Christopher Salamone Case

To the Honorable Judge Katherine Polk Failla,

      My name is Lucas Wachsberger and I am proud to say I have known Christopher Salamone for nearly my entire life. Christopher is my stepbrother who I met when I was at the young age of three years old. Throughout my life I have highly valued Christopher as one of my top role models, who I can gladly say helped me tremendously in all aspects of growing. Watching this man as I grew up I would always aspire to be the hard working determined individual that I am proud to call my brother. My relationship with my brother means the world to me and I'm extremely grateful that I have the opportunity to be his little brother. The lessons Christopher has taught me over the years as an older brother have benefitted me in my workplace as well as socially in the world of networking. Once Chriopher married his wife Kim he started to grow up even more which seemed hard from my point of view because he'd already taught me so much about the world it seemed like he couldn't grow anymore. Then my brother became a father and showed us all how great of a father he truly is. My brother's family means the world to him and the same goes for me. I need my brother around to help me with the things I don't want to hear my dad yell at me about, but my niece and nephew need him even more to be there in their everyday lives and take care of the house as well as the family as a whole. He is their entire world and means everything to his two children. I aspire to be the father that my brother is. Thank you for taking your time to read this when considering your decision.


Sincerely
Lucas Wachsberger

Samantha Tsapelis

1226 Windy Bay Shoal

Tarpon Springs, FL 34689

May 10, 2024


RE: Christopher Salamone Case


To The Honorable Judge Katherine Polk Failla,

I would like you to consider my letter of good character for Christopher Salamone.

My name is Samantha Tsapelis. I am thirty-three years old, and I have been a Kindergarten teacher for eight years. I felt compelled to write this letter because I care a lot about Christopher and his family. Christopher is my brother-in-law, but before he married my sister, he was my friend. Chris has always been a dedicated husband and father and shown responsible character.

We grew up in the same town and have known one another for many years. I am very close with his brothers and his parents. Needless to say, when my sister began dating him years ago, my family was very excited for their future. Now, Chris is like my brother and has blessed me with a beautiful niece and nephew. It's been amazing seeing how Chris transitioned into fatherhood and how involved he is as a father.

As the years progressed, it was clear that Chris's priorities shifted. There were many personal conversations we've had over the last few years about how family is what matters most now, and how we want a brighter future for our children. A brighter future than what we had growing up. We grew up in a neighborhood that was challenging. Alcohol and drugs were very present starting in middle school, and it was easy to get caught up in the wrong crowd. There were multiple gangs present in our High School and at times, it was scary attending our school with lock downs and threats multiple times per week. It makes me proud of Chris that after all we've witnessed, and seen our friends go through, his priority is to focus on his family. There's no doubt that Chris's focus is on his family and quite honestly, it scares me to know that there's a chance he will miss out on watching his children grow.

It's disheartening that he was involved with someone who he thought had good intentions, and now it's turned into a life changing season. Even after these events that affected not only Chris, but his family and friends, he still was honest with law enforcement from the beginning and acknowledges his lack of judgement. He still won't speak ill of the others involved in the case. After being terminated from his career, he still has hope and is eager to get back on track so he can spend time with his family and children. The changes that have occurred already from this situation weigh tremendously on Chris. Family relationships have ended, friendships have ended, people he saw daily and spoke to daily are no longer present in his life. Holiday's and special events do not look the same. It's been a lot to deal with and navigate for many people, not only Chris.

Chris is a hard-working individual. He has provided for his family for years so my sister could stay home and raise their children. He was never unemployed and always looking for ways to grow in his field. He worked hard to get to the point where he is today.

As a kindergarten teacher, I am reminded each day that my students are constantly learning from their mistakes. This is not something that just ends at childhood. Our whole lives, we are all making mistakes and learning from them. Please think about my brother-in-law, my sister, my niece Giada (4 years old) and my nephew Chris (2 years old) as you make your decision. I am confident that Chris will not make a choice like this again.


Thank you for reading my letter.

Samantha Tsapelis

Louis Cannizzaro
Cheryl Cannizzaro
2603 Grand Avenue
Baldwin, New York 11510

July 6, 2024

RE: Christopher Salamone Case

To The Honorable Judge Katherine Polk Failla,

We would like you to please consider our letter of good character for Christopher Salamone.

Christopher Salamone and his family have been fixtures in our lives for over thirty years. The Salamone family embodies the true definition of friendship and compassion. We have had the privilege of watching Christopher grow and flourish as an individual since he was in preschool. Much like his entire family, Christopher is an ambitious, mature, personable, generous, and family oriented man with an unparalleled work ethic. His drive to provide for his wife and children is incredibly admirable and his top priority.

We believe that Christopher truly regrets his involvement in any illegal actions. Blinded by the opportunity to provide an abundance of financial resources to his family, he made mistakes that he has sincerely apologized for to his family on countless occasions. He is beside himself and his cooperation with law enforcement displays his remorse, desire to repent for his actions, and effort to minimize the impact his actions will have on his family and loved ones.

We are absolutely saddened by what has transpired and the dire consequences Christopher has placed upon himself. We hope that a degree of mercy can be shown towards Christopher. We believe that he has the capability and desire to transform, learn, and redeem himself. We have witnessed the devastation that his actions have caused to his family and we believe that if Christopher were to be shown some form of forgiveness, he would be eternally grateful and take self-improvement measures.

We thank you for your time and consideration as you move forward with your sentencing decision.

Sincerely,

Louis Cannizzaro
Cheryl Cannizzaro

To The Honorable Judge Katherine Polk Failla,

I am writing to offer a character reference for Christopher Salamone, a man whom I have known since he was five years old. In my capacity as a longtime friend and community member, I have had the privilege of witnessing first hand his unwavering commitment to his family, his community, and his values.

Christopher Salamone is the epitome of a responsible, caring, and upstanding member of our community. As the oldest child in his family, he has always taken on the role of caregiver and protector for his younger siblings. His sense of duty and compassion has been evident from a young age, and he has consistently demonstrated leadership and integrity in every aspect of his life.

Coming from a close-knit family, Christopher Salamone has been raised with strong values of honesty, respect, and hard work. These values have shaped his character and guided his actions throughout his life. He has always been a pillar of support for his loved ones, offering guidance, assistance, and encouragement whenever needed.

In addition to his role within his family, Christopher Salamone is a devoted husband and a loving, attentive father. He prioritizes his family above all else and goes above and beyond to ensure their well-being and happiness. His dedication to his loved ones is truly commendable, and he serves as an exemplary role model for his children and others in our community.

Furthermore, Christopher Salamone has been an active and contributing member of our community for many years. He has volunteered his time and resources to various causes and has consistently sought ways to make a positive impact on the lives of those around him. His generosity, kindness, and genuine concern for others are qualities that distinguish him as a remarkable individual.

I firmly believe that Christopher Salamone is a person of great integrity and moral character, and I have no doubt that he deeply regrets any actions that may have led to his appearance before your court. I urge you to consider his exemplary character, his contributions to our community, and his commitment to his family when determining an appropriate course of action.

Thank you for considering my perspective. If you require any further information or clarification, please do not hesitate to contact me.

Sincerely,
Allison Dolan

July 1, 2024

Judge Katherine Polk Failla

Judge of the United States District Court

Southern District

New York City, NY

Dear Honorable Judge Failla,

I'm writing this letter to provide a character reference for Christopher Salamone who is currently facing sentencing. My name is Denice Baghai, I have been a care coordinator for Optum Dermatology for the past 26 years and I have known Christopher since the day he was born. His Mother Linda Salamone and I have been friends since we are 14 years old.

Our boys grew up together and as a child Christopher was always such a pleasure to be around. I have watched Christopher grow up to be a very loyal, respectful, hardworking man. His very lovely, supportive wife and two beautiful children are the perfect product of him.

Christopher has always show to be an exceptional individual, always willing to help others and I know he will continue to be an inspiration to the lives of all individuals blessed to have the opportunity to be in his life.

I ask respectfully that you please take this letter into consideration when making your decision in his case.

Sincerely,

Denice Baghai

81-44 267th Street

Floral Park. NY 11004

Keith J. Mulhern
139 Frankel Blvd
Merrick, NY 11566

Honorable Katherine Polk-Failla
Judge of the United States southern district of New York
Thurgood Marshall United States courthouse
40 Foley Square
New York, NY 10007

July 5, 2024

RE:     Character Reference for Christopher Salamone

Your Honor,
I am writing to you on behalf of Christopher Salamone.
I have known the Salamone family since I was a kid growing up in Astoria.
Christophers father Artie was good friends with my oldest brother. While I did not
know his mother growing up, I knew her sister. What I also knew was both
families to be good members of our community in Astoria. As time moved on and
we all grew up and moved out of Astoria. It would be years before I would
reconnect with them. In 2017 I reconnected with Christophers aunt Dina who I
knew growing up in Astoria. Not too long reconnecting with his Aunt Dina is when
I met Christopher. Christopher along with his brothers welcomed me with open
arms into the family. As I got to know Christopher on a more personal level, I
found him to be a very family oriented and caring young man. I was happy to be
able to attend his wedding and have seen him grow even further as he began to
have a family. I am happy to call Christopher a friend who I know to be an honest
and hard working person. He also is a great father to his two children who puts
family over everything. While we have all made mistakes in our lives. I do not feel
Christopher knowingly intended to commit any crimes. Unfortunately, he trusted a
childhood friend Anthony who he thought was giving him good advice on some
investments. Little did he know the extent of what Anthony was doing. I do not
believe Christopher would have put himself or his family in jeopardy had he
known the extent of what Anthony was doing without his full knowledge and
consent.

Sincerely,
Keith J. Mulhern

June 7th, 2024

Judge Katherine Polk Failla

Judge of the United States District Court

Southern District

New York City, NY

Dear Honorable Judge Failla,

My name is Patrice Polanco and I am a dear friend of Christopher Salamone's Mom Linda for the past 22years.We worked together for years and became great friends. Our friendship started growing strong when we realized we had so many things in common, we both came from Queens and we both had two sisters and we were both raising 3 boys. We are both family oriented and always put our families first. Comparing stories about how hard it was at times. Now that they are grown men we still exchange stories and realize that they turned out to be good people and makes us both proud.

As long as I know Linda I know her son has always been a respectful, kind, considerate, hardworking young man trying to do the best for his family. Chris has always tried to help his mother and always looked out for his younger brothers especially that she was a single Mom. Chris has always worked hard trying to become successful. Now that he is a husband and father he is very protective and works even harder to provide a good life for his wife and children.

I am deeply sorry that the family is going through this difficult time. I hope that this will all work out and Chris can continue to be a great husband and father and continue to provide for his family.

Sincerely,

Patrice Polanco

Nicole Salamone
651 Lincoln Street
Baldwin, NY 11510

July 2, 2024

RE: Christopher Salamone Case

To The Honorable Judge Katherine Polk Failla,

I would like to introduce myself, I am Nicole Salamone. I am Christopher Salamone's Stepmom, although I do not like that title as I come from a mixed family as well. I consider him, Nick and Dan as much as a son as my birth son Lucas. My husband and I have known one another for 20 years so I have known Christopher since he was 15. He has always been a wonderful person and has always been protective of his brothers, including my son Lucas. Since the beginning Chris has welcomed Lucas as his 3rd little brother. They have a very special bond and we are lucky to have him in our lives. Christopher has always been consistent, hardworking and kind hearted. When he met Kim and they got married and created a family I saw a boy grow into a man that I was so very proud of. Now he has a family of his own and he is a wonderful husband and an amazing father. Christopher would do anything for his family, but he needs the opportunity to do so. He made some poor choices in trusting someone he shouldn't have, but his biggest fear is losing his family. He is their sole provider and they need him, the room lights up when he is in it. He is a good person and we all love him so much. Thank you for taking the time to read this letter and for considering it when making your decision.

Sincerely,
Nicole Salamone

Steven Davis
1581 Westervelt Avenue
Baldwin, NY 11510-1650
tacllem@outlook.com
516-313-1465

July 3, 2024

Honorable Katherine Polk Failla
Judge of the United States Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: Sentencing of Christopher Salamone

Dear Judge Polk Failla,

My name is Steven Davis, I am Christopher Salamone's Uncle. I have known Christopher since he was very little. As a small boy at family events and parties he was always very well behaved and fun to be with. As Christopher grew up the good manners and polite attitude continued.

After getting married and having kids we had many gathering at his house. Both of Christopher's children, Gigi and little Christopher are fun to play with. His children love him very much and they get along perfectly. It would be most difficult for them to understand where daddy is for an extended period of time.

Over the past months since this whole thing started, Christopher has been very worried and stressed out. He clearly accepts that what he did was a bad thing and he regrets it greatly. Considering the point of the correctional system is to rehabilitate the offender to see the error of the actions, I would say that Chris has paid that price and already understands the error of his ways. An extended detention time at this point would only serve to confuse the kids. I am asking that you please be lenient in sentencing.

Sincerely,

Steven Davis

Justin Follano

31000 Temple Stand Ave

Wesley Chapel, FL 33543

June 4th, 2024


RE: Christopher Salamone Case


To The Honorable Judge Katherine Polk Failla,

Please take my letter of Great Character into consideration, regarding Christopher Salamone.

"Let him who is without sin among you be the first to throw a stone."- John 8:7

My name is Justin Follano, and I have known Christopher Salamone since we both attended Learn About Preschool over 30 years ago. We attended different Elementary Schools, but our families always stayed in touch, celebrated holidays, birthdays etc together. After elementary school we both attended Baldwin Middle and High School together. At this point we are not even friends anymore, we are family. Knowing Chris for as long as I have, I can confidently say he is 10000% a man of great integrity and character.

When I lost both of my parents in 2013 and 2022, even living in another state Chris was there for me and my family. He came to my father's funeral in Brooklyn from Long Island in a Blizzard. Helped with arrangements and all. Growing up where we grew up wasn't the easiest thing in the world, it was quite easy to get caught up in the wrong thing, but Chris was the angel on your shoulder telling you it wasn't the right thing to do and talk some sense into you.

For 30+ years I have had the honor to call Christopher Salamone my friend, He really is an amazing father, husband, son, brother, friend etc. I know what it is like to grow up in a one parent household and I wouldn't wish that on anyone, so I ask you consider this while sentencing, please take his beautiful children and family into consideration. It definitely upsets me that he was put in this situation because I would bet my life, he wouldn't do this willingly. If I am wrong well then, I know he can and will do better. I know nothing means more to him than his wife, kids, family and providing for them. Thank you for your time and please consider this while sentencing. God Bless.

Sincerely,

Justin Follano

Dear Judge Katherine Polk Fallia,

My name is Donna Salamone. I am Christopher's aunt on his father's side. I have watched Chris grow up from a little boy and have always held a proud eye to him. He was always the big brother to his two siblings Nicholas and Danny. I am a single mother who raised my daughter without her father. What I am most proud of and grateful for is how he treated my daughter, his cousin. He treated her like the sister he never had. Being without a father was a difficult challenge for my daughter and continues to be but Christopher was always there for her and she always looked up to him and could look to him for advice and support till this day. She was not always comfortable letting out her feelings but Chris was her support. He continues till today to be that person for her. He has his own two children now who I know need him more than anything especially at this age where they are most impressionable. I as a parent know that too well and the damage it caused my daughter. I can't imagine the damage it would do to them to not have their father around and at such a young age to not understand why their father suddenly is not there.

Life is difficult and we all make mistakes. Christopher made a bad choice but he is not a bad person. Please consider my letter in moving forward with your decision.

Thank you in advance for taking the time to read this and get a better understanding of the person Christopher is.

Sincerely

Donna Salamone

Honorable Katherine Polk Failla

Judge of the United States Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York. New York 10007

Re:  Christopher Salamone

Dear Judge Polk Failla,

My name is Theresa Mazzeo and I am currently a resident of Baldwin New York.

I recently retired from my position as a Teaching Assistant in the Long Beach City School District.  I continue to work in the Oceanside School District for the Department of Community Activities as the Coordinator of their Art and Crafts Program.

I first met Christopher when he was in the First Grade at Milburn Elementary School in Baldwin New York.  He touched my heart back then when he not only befriended but also looked after my daughter Esme who is physically disabled.

Unlike most of her other classmates Chris constantly displayed support and friendship to Esme. I will never forget how he picked up her pencils throughout the day.

My son Joey and Chris's younger brother Nick, met when they were 3 and have remained friends since then.  Throughout the years I have been involved with Chris through this friendship as well.  Chris was my son's "Big Brother" so to speak.  Joey would tell Chris all of his deep dark secrets, i.e., when Joey and Nick saved with "REAL" shaving cream and a toy shave kit.  Chris comforted the boys then and continues to presently.

In recent years since Chris married and had 2 children, I have witnessed the unconditional love he displays towards his young family.

Albeit Christopher has made a poor decision however,  I feel with confidence that he certainly regrets his actions and will certainly succeed as a loving father, husband and reputable human being,

Thank you for your consideration in his sentencing.


Theresa Mazzeo

July 09th, 2024
Daniel A. Salamone
2565 Harrison Avenue
Baldwin, New York 11510

Dear Judge Polk Failla and the Southern District Court of New York,

I am reaching out to You for the purpose of endorsing my brother's good character. Christopher Salamone is an honorable man. He represents the essential structure of our family tree; in our house we believe that love and trust are the two most important principles of life. I sincerely hope that after sharing with You descriptions of our lived experiences, personal characteristics, and profound familial relationships that You will consider showing magnanimity when considering a fair sentence for my eldest brother Christopher Salamone.

Growing up fast was difficult. And even me, a 5-year-old boy watching his parents separate, could clearly see that tough times lay ahead. But my fears for the future faded when my father proclaimed my older brother Christopher, a boy of 12, to be the new man of the house in his absence. So it was that a 12-year-old was charged with the upbringing of his two kid brothers, Nicholas and Daniel, while their single mother worked tirelessly just to get by. Although our mother was not single for long, and our father did not move far, nothing was ever easy. My mother's boyfriend was kind to her, but he could never be a father to us, because that role was already filled by Christopher. And our dad provided for our broken family, but it was Christopher who taught Nicholas and I how to become good men.

The most compelling lesson I was ever taught in life was the importance of standing up for myself, moreover, standing up for others, and most importantly standing up for the little guy who cannot stand up for himself. This lesson was passed down by my father from his father before him, though, it was my oldest brother who embodied that teaching. Christopher Salamone is a protector. He is strong so that others don't have to be, and the type of person who teaches a bully not to take advantage of others, especially of those not capable of defending themselves. He protected my brother Nicholas and I through our difficult childhood. Christopher continues protecting those dear to him, especially his beautiful family; a wife, daughter and son all of whom look to him now as Nicholas and I once did, and as we still do today.

Family can mean many different things to a person, but to us it is the single most important thing in all the world. There is no sacrifice we would not make for each other. That statement is truest of all for Christopher. He would give every bit of his entire being for his devoted wife and loving children. Perhaps that is how he came to be tempted by the greed of another in the first place. The philosopher Nietzsche was fond of saying "What is done out of love always takes place beyond good and evil." Nevertheless, greed and other ilk of such base nature have no bearing in my brother's character. His heart is pure, and overflows with love for his family. Christopher is unrelenting in his quest to keep our family whole and avoid repeating the mistakes of past generations, as are we all.

Finally, Your Honor, I would like to speak plainly. I understand that a crime was committed and a punishment must take place, this is our system, the justice system of the United States of America, and this idea I wholeheartedly believe in, though, I beseech you to not allow the scope of his punishment to go beyond the man himself. Taking Christopher away from his young family would cause irrevocable damage to his children Giada 4, and Christopher Jr. 2, and to his devoted wife Kimberly. Furthermore, I believe it abhorrent to punish a son or daughter for the crimes of their father or mother in any case. It is far beyond my station to suggest any kind penalty, though, I humbly request You to consider how certain punishments will undoubtedly affect our family as a whole, both the kids and adults, all whom are innocent to this situation. Please, do not separate a father from his children, as my brother and I were separated from our parents, it is an eternal punishment for all.

With Gratitude and Respect,

Daniel A. Salamone

To the honorable Judge Katherine Polk Failla,

I would like you to consider my letter of good charater for Christopher Salamone.

My name is Nicollette Spinella. I am christopher Salamone's cousin. I am a Teacher Aid at Lido Elementary School.

I have known Christopher my entire life. He is not just my cousin, he is the brother I never had. Growing up as an only child it was a bit lonely for me but christopher has always been there for me, when I needed him. I have always looked up to him in many ways. For example, I've admired his hard-working work ethic, and how determined christopher is on doing his very best for himself and those around him. Christopher is such a big hearted person always willing to help a be there for his family and friends. I've always aspired to be just like him. Christopher was who I picked to be my sponsor for my confirmation as a child, and I wouldn't have chosen different given the oppurtunity. I'm extremely thankful for having christopher in my life and the pleasure of saying how wonderful it has been to see become one of the best people I know.

Since christopher has become a husband and father I've seen an even stronger, level headed man. They have truly changed his life for the better. Seeing christopher around his wife and children give him so much light in his eyes. If christopher ever had to be taken away from his family, it would be extremely heart breaking for himself, his wife and his children.

writing this letter was very simple and easy for me. I could write a 100 more things about how truly outstanding of a man christopher is. It devastates me to see him in this situation because I know how much better he is then this and he can even be better. Unfortunitly some people make mistakes, but its how they strive to learn and act afterwards when moving foward.

Please consider this letter as you move foward with making you decision.

Regards,

Nicollette Spinella