

☐ Nassau Office:
1551 FRANKLIN AVENUE
MINEOLA, NY 11501
Telephone: (516) 741-FIRM (3476)
           (516) 742-1134
Facsimile:  (516) 742-1137

E-MAIL:PASCARELLAW@OPTONLINE.NET

☐ Suffolk Office:
775 PARK AVENUE
SUITE 255
HUNTINGTON, NY 11743
Telephone: (631) 789-FIRM (3476)
Facsimile:  (631) 667-8727

James A. Pascarella
James Adam Pascarella

Of Counsel
Norman Sarnoff
Thomas A. Illmensee

August 7, 2024

Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007



Re: **United States v. Christopher Salamone**
Docket No. 23-CR-00496 (KPF)

Dear Judge Failla:

    I am the attorney for Christopher Salamone, and this letter motion is made seeking permission for Mr. Salamone to travel to Morristown, New Jersey on August 13, 2024.

    Mr. Salamone seeks permission to travel so that he may appear for a 2:00 p.m. job interview with a representative of Schindler Elevator Corporation, whose headquarters is in Morristown. Mr. Salamone was terminated from his previous employment as a direct result of the instant prosecution, and this interview represents a significant opportunity for him.

    The government consents to the within application and, further, I can represent that Pretrial Services has no objection to what is requested hereby.

    No previous application has been made for the relief requested herein.

    Therefore, it is respectfully requested that this Court grant permission to travel.

    Thank you for your attention to this matter.

Respectfully submitted,
/S/
James Adam Pascarella (JP1496)

TO: All counsel via ECF

Application GRANTED.  Mr. Salamone is permitted to travel to the above-referenced location on August 13, 2024.

The Clerk of Court is directed to terminate the pending motion at docket entry 19.

Date:      August 8, 2024           SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE