UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CHRISTOPHER SALAMONE,<br><br>Defendant. | 23 Cr. 496 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Defendant Mr. Salamone completed his one-year term of supervised release on August 19, 2025. On August 26, 2025, Mr. Salamone contacted the Court via email, requesting that the Pretrial Services Office release the passport that he surrendered before serving his sentence.

That application is GRANTED. The Pretrial Services Office is ORDERED to release Mr. Salamone's passport on or before **August 29, 2025**.

SO ORDERED.

Dated:   August 26, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge